**ROSEN & ASSOCIATES, P.C.**
*Counsel to Stanley Jules Reifer*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>STANLEY JULES REIFER,<br><br>                        Debtor. | Chapter 7<br><br>Case No. 20–11820 (MEW) |
| DANIEL REIFER, individually and derivatively on behalf of GARRETT ASSOCIATES L.P., CENTRAL-ELEVEN ASSOCIATES, L.P., and METRO GARDENS ASSOCIATES, L.P., and as Trustee of the DRR Irrevocable Trust,<br><br>                        Plaintiffs,<br><br>       -against-<br><br>STANLEY JULES REIFER,<br><br>                        Defendant.<br><br>And<br><br>GARRETT ASSOCIATES L.P., CENTRAL-ELEVEN ASSOCIATES, L.P., and METRO GARDENS ASSOCIATES, L.P.,<br><br>                        Nominal Defendants. | Adv. Proc. No. 21–01005 (MEW) |

## NOTICE OF APPEARANCE & REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**") and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rosen & Associates, P.C.

hereby enters its appearance in the above-captioned adversary proceeding as counsel to Defendant Stanley Jules Reifer, and hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed, or required to be given or filed in this proceeding be given to and served upon counsel at the following address:

        **ROSEN & ASSOCIATES, P.C.**
        *Counsel to Stanley Jules Reifer*
        747 Third Avenue
        New York, NY 10017-2803
        Attn: Sanford P. Rosen, Esq. &
                Paris Gyparakis, Esq.

Dated: New York, New York
       February 4, 2021

        **ROSEN & ASSOCIATES, P.C.**
        *Counsel to Stanley Jules Reifer*

        By: _____
             Paris Gyparakis

        747 Third Avenue
        New York, NY 10017-2803
        (212) 223-1100