**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>STANLEY JULES REIFER,<br><br>          Debtor. | Chapter 7<br><br>Case No. 20–11820 (MEW) |
| DANIEL REIFER, individually and derivatively on behalf of GARRETT ASSOCIATES L.P., CENTRAL-ELEVEN ASSOCIATES, L.P., and METRO GARDENS ASSOCIATES, L.P., and as Trustee of the DRR Irrevocable Trust,<br><br>          Plaintiffs,<br><br>     -against-<br><br>STANLEY JULES REIFER,<br><br>          Defendant.<br><br>And<br><br>GARRETT ASSOCIATES L.P., CENTRAL-ELEVEN ASSOCIATES, L.P., and METRO GARDENS ASSOCIATES, L.P.,<br><br>         Nominal Defendants. | Adv. Proc. No. 21–01005 (MEW) |

## **CERTIFICATE OF SERVICE**

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

  1.  I am over 18 years of age, reside in New York, New York and am not a party to this proceeding.

  2.  On March 2, 2021, I served a copy of Defendant's *Answer and Affirmative Defenses* [Adv. Proc. Doc. No. 6] upon the parties whose names and addresses are set forth on the annexed service list by regular first-class mail, by depositing true copies of same in pre-paid,

properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
      March 4, 2021

                                                                                Paris Gyparakis

**SERVICE LIST**

Fein, Such & Crane, LLP
*Attorneys for JPMorgan
　Chase Bank, N.A.*
28 E Main St #1800
Rochester, NY 14614
Attn: Mark K. Broyles, Esq

Salvatore LaMonica, Esq.
*Chapter 7 Trustee of the Estate
　of Stanley Jules Reifer*
3305 Jerusalem Avenue
Wantagh, NY 11793

David A. Gallo & Associates LLP
*Attorneys for Sterling National Bank*
99 Powerhouse Road, 1st Fl.
Roslyn Heights, NY 11577
Attn: Robyn E. Goldstein, Esq.

McGrail & Bensinger LLP
*Counsel to Daniel Reifer*
888-C 8th Avenue, #107
New York, NY 10019
Attn: David C. McGrail, Esq. &
　　　Pearl Shah, Esq.