UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 7 |
| STANLEY JULES REIFER, | Bankr. Case No.: 20-11820 (MEW) |
| Defendant. |  |
| DANIEL REIFER, individually and derivatively on behalf of GARRETT ASSOCIATES L.P., CENTRAL-ELEVEN ASSOCIATES, L.P., and METRO GARDENS ASSOCIATES, L.P., And as Trustee of the DRR Irrevocable Trust, | Adv. Proc. No.: 21-01005 (MEW) |
| Plaintiffs, |  |
| -against- |  |
| STANLEY JULES REIFER, |  |
| Defendant. |  |
| and |  |
| GARRETT ASSOCIATES L.P., CENTRAL-ELEVEN ASSOCIATES, L.P., and METRO GARDENS ASSOCIATES, L.P., |  |
| Nominal Defendants. |  |

**Amended Scheduling Order**

This Amended Scheduling Order is entered by the Court pursuant to Fed. R. Bankr. P. 7016 and 7026.

1. Unless extended by the Court for cause shown, all discovery shall be completed by July 31, 2021.

2. The parties are to conduct discovery in accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York.

3. In the event of a dispute over discovery, the parties' counsel shall promptly confer to attempt in good faith to resolve the dispute. If, notwithstanding their good faith efforts to do so, they are unable to resolve a discovery issue, they shall promptly inform the Court by letter of the nature of the dispute and request a telephonic discovery conference. The Court will endeavor to resolve the dispute without the filing of any discovery motions.

4. A final pre-trial conference will be held on **August 25, 2021 at 10:00 a.m.** at which a trial date will be set. The parties should be prepared to proceed to trial within two weeks after the final pre-trial conference.

Dated: New York, New York
      May 13, 2021

<u>s/Michael E. Wiles</u>
The Honorable Michael E. Wiles
United States Bankruptcy Judge